IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 4:06CR290(1) |
| | § | |
| BRUCE WILLIAM LARKIN | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for modification of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, followed by six (6) months of home detention with electronic monitoring, with 2 years of supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in the appropriate facility closest to Fort Worth, Texas.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 25th day of June, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE